IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY L. COLLINS                                                                                      PLAINTIFF

v.                                                          5:08CV00057HDY

MR. HURST, et al.                                                                                       DEFENDANTS

ORDER

Plaintiff originally filed this action pursuant to 42 U.S.C. § 1983, and was granted in forma pauperis status, while incarcerated at the W.C. "Dub" Brassell Detention Center. However, he has notified the Court of a change in his address which reflects his release from incarceration (DE #10). Therefore, in order to continue the prosecution of this action, plaintiff must file an updated request to proceed in forma pauperis.

In addition, plaintiff has filed an amended complaint, second amended complaint, and motion to amend (DE ##6, 7, 9) in response to the Court's March 10, 2008 Order. Having reviewed the original and amended complaints, and construing them together, it now appears to the Court that service is appropriate. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the defendants Mr. Hurst, Nurse Royal and Nurse Randall. The Clerk of the Court shall prepare summons for the defendants and the United States Marshal is hereby directed to serve a copy of the original (DE #2) and amended complaints (DE #6, 7, 9) and summons on defendants without prepayment of fees and costs or security therefore.

IT IS, FURTHER ORDERED that plaintiff shall file an updated request to proceed in forma pauperis within fifteen days of the date of this Order. Failure to file such shall result in the dismissal without prejudice of plaintiff's complaint. See Local Rule 5.5(c)(2). The Clerk is hereby directed to

forward an <u>in</u> <u>forma</u> <u>pauperis</u> application to plaintiff.

  IT IS FURTHER ORDERED that plaintiff's motion to amend (DE #9) is hereby GRANTED.

  IT IS SO ORDERED this __2__ day of May, 2008.


                _____
                United States Magistrate Judge